```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

**TONY LAMAR MAYE,**           *
                               *
    Plaintiff,            *
                               *
vs.                            *   Civil Action No. 04-00781-BH-B
                               *
**JO ANNE B. BARNHART,**       *
Commissioner of                *
Social Security,               *
                               *
    **Defendant.**         *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 31, 2006, is **ADOPTED** as the opinion of this Court and the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance and supplemental security income benefits, is hereby **AFFIRMED.**

It is so **ORDERED.**

**DONE** this 25th day of April, 2006.

                                                   s/ W. B. Hand
                                       SENIOR DISTRICT JUDGE