IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TONY LAMAR MAYE,** | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 04-00781-BH-B |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | * |
| Defendant. | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance and supplemental security income benefits, be **AFFIRMED.**

**DONE** this 25th day of April, 2006.

s/ W. B. Hand
SENIOR DISTRICT JUDGE